**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TAMMY R. MARTIN** **PLAINTIFF**

**v.** **No. 4:25-cv-730-JM**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

**ORDER**

Pending before the Court is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. No. 20). Defendant responded. (Doc. No. 22), and Plaintiff filed a reply. (Doc. No. 23).

Plaintiff requests $9,621.84 ($225.90 x 37.6 hours) in attorney fees and $900 in paralegal fees ($125.00 x 7.2 hours), for a total of $10,521.84 in legal fees. The Commissioner does not object to Plaintiff's requested hourly rate for attorney's fees. However, the Commissioner does object to the requested rate for paralegal fees and the total amount of the time—46.5 hours—spent by both. After reviewing the record, the time log attached to Plaintiff's motion, the Commissioner's objections, and Plaintiff's thorough reply brief, the Court finds the time spent by the attorneys and the paralegals was reasonable and warranted. The Court further finds that The rate of $125.00 per hour for the task completed by the paralegals was reasonable under these circumstances.

Plaintiff's Motion for Attorney's Fees (Doc. No. 20) is GRANTED. Plaintiff is awarded $9,621.84 in attorney fees, $900.00 in paralegal fees, for a total award of $10.521.84. The fee award is payable to Plaintiff in the event it is determined she has any pre-existing debt owed to the United States under 31 U.S.C. § 3716. Otherwise, the government should pay the fees

directly to Plaintiff's attorney. In either event, the payment should be mailed to the care of Plaintiff's attorney.

IT IS SO ORDERED this 17th day of August, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE